UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**BENNIE L. GAMBLE, Jr.**                                                  **PETITIONER**

**v.**                             **CIVIL ACTION NO. 3:12-CV-616-H**

**COMMONWEALTH OF KENTUCKY et al.**                      **RESPONDENTS**

## MEMORANDUM OPINION

Petitioner filed a petition for writ of habeas corpus and an application to proceed without prepayments of fees. The Court entered an Order on November 1, 2012, denying the application to proceed without prepayment of fees because the average monthly deposit to his inmate account was more than 25 times the requisite filing fee. The Court ordered Petitioner within 30 days to pay the fee. He was warned that failure to comply with the Order might result in dismissal of his action.

More than 30 days have passed, and Petitioner has failed to pay the fee. Courts have an inherent power "acting on their own initiative, to clear their calendars of cases that have remained dormant because of the inaction or dilatoriness of the parties seeking relief." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962). Therefore, by separate Order, the Court will dismiss the instant action. *See* FED. R. CIV. P. 41(b) (governing involuntary dismissal).

Date:

cc:      Petitioner, *pro se*
4411.009